[No. 52584-1-I.   Division One.   May 24, 2004.]

AIR COMMODITIES, INC., *Appellant*, v. AMERICAN EXPRESS
FINANCIAL ADVISORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-19919-2, Gregory P. Canova, J., entered
May 29, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52638-3-I.   Division One.   May 24, 2004.]

CHRISTOPHER N. CALDWELL, *Plaintiff*, v. THE DEPARTMENT OF
TRANSPORTATION, ET AL., *Defendants*.

KRISTINE WHITTEMORE, *Appellant*, v. THE DEPARTMENT OF
TRANSPORTATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-24873-4, Gregory P. Canova, J., entered
January 11, 2002. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Baker and Agid, JJ. Now
published at 123 Wn. App. 693.

[No. 21891-1-III.   Division Three.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN L. SCHMIDT,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-1-02935-4, Maryann C. Moreno, J.,
entered March 13, 2003. *Affirmed* by unpublished opinion
per Sweeney, A.C.J., concurred in by Schultheis and Brown,
JJ.

[No. 27665-8-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT J. ROSIE,
*Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 01-1-00318-0, Wm. Thomas McPhee,
J., entered August 3, 2001. *Affirmed in part* and *remanded*
by unpublished opinion per Armstrong, J., concurred in by
Quinn-Brintnall, C.J., and Morgan, J.